JS-6

ROBERT D. FISH (#149711)
MEI TSANG (#237959)
ANDREW MAR (#251587)
FISH & ASSOCIATES, PC
2603 Main Street, Suite 1000
Irvine, CA 92614
Tel: 949.943.8300
Fax: 949.943.8358

Attorneys for MARCHELO DESIGN, INC.
dba ITAL ART DESIGN


JEFFREY SPITZ (SBN 119343)
jspitz@ggfirm.com
MELISSA ADDISON BAKEWELL (SBN 228715)
mbakewell@ggfirm.com
GREENBERG GLUSKER FIELDS CLAMAN &
MACHTINGER LLP
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590
Telephone: 310.553.3610
Fax: 310.553.0687

Attorneys for Defendants
Best Master Enterprises, Inc., Best Quality
Furniture Manufacturing, Inc., Hoc Van Ta,
and Bao Van Ta

# UNITED STATES DISTRICT COURT for the

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCHELO DESIGN, INC. dba ITAL ART DESIGN<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>THE BEST MASTER ENTERPRISES, INC., THE BEST QUALITY FURNITURE MANUFACTURING, INC., HOC VAN TA, BAO VAN TA, AND DOES 1 THROUGH 20.<br><br>　　　　Defendants. | **Case No.:** CV08-3654 DOC (CWx)<br><br>**JUDGMENT AND PERMANENT INJUNCTION BY STIPULATION**<br><br>Honorable David O. Carter |

-1-
Judgment and Permanent Injunction by Stipulation

09338-00004/1689588.3

1  Plaintiff, Marchelo Design, Inc. dba Ital Art Design ("Ital") and Defendants, The
2  Best Master Enterprises, Inc. ("Best Master"), The Best Quality Furniture
3  Manufacturing, Inc., Hoc Van Ta, and Bao Van Ta, (collectively "Defendants") in
4  compromise and settlement of this action on the terms and conditions of a
5  settlement agreement among them (the "Settlement Agreement"), and having
6  agreed that a stipulated Judgment and Permanent Injunction should be entered
7  between them, and good cause appearing therefor, but without any admission of
8  liability by any of the Defendants for any of the acts complained of in Plaintiffs'
9  First Amended Complaint in this action,

11  **IT IS ORDERED, ADJUDGED, AND DECREED:**

13  1.   This Court has jurisdiction over the subject matter of this action pursuant to
14  28 U.S.C. §1338 (a) (action arising under an Act of Congress relating to copyright
15  or trade dress) and 28 U.S.C. § 1331 (federal question).  The Parties herein each
16  consent to the personal jurisdiction of this Court in this action, and of this Court to
17  enforce the terms and provisions of this Judgment and Permanent Injunction by
18  Stipulation (the "Stipulated Judgment").
19  2.   The Parties have stipulated to the following facts, which are hereby adopted
20  by this Court as findings of fact:
21       A.   Ital has copyright in designs as identified in U.S. Copyright
22            Registration Number VA 1-623-888 (hereinafter the '888' Copyright
23            Registration);
24       B.   On June 4, 2008, Ital filed a Complaint for Copyright Infringement
25            against Defendants, Case No. CV08-03654 GPS (CWx) (the

"Action"). The Complaint was amended on July 9, 2008 and December 15, 2008. Defendants denied all the allegations in the Complaint, including as amended; and

 C. Each of the Defendants has been involved in selling furniture identified by design numbers FD002, FD825, FD009, W1600, W1600-1, W1600-2, 2103, and FD008 (the "Furniture Designs") that Ital alleges infringes the '888' Copyright Registration rights.

3. The Defendants, jointly and severally, and any of their agents, servants, employees, representatives, successors, assigns, attorneys, licensees, distributors, and all persons and companies in privity or active concert or participation with Defendants, or in control of or controlled by Defendants are hereby permanently enjoined as follows:

 A. The Defendants will not import, export, purchase, manufacture, distribute, or sell, either on behalf of themselves or any other entity, any new items of the Furniture Designs.

 B. The Defendants will not assist any other entities to order, purchase, manufacture, distribute, or sell any new items of the Furniture Designs.

 C. The Defendants will collectively use best efforts to dispose of the Current Inventory in an expeditious fashion.

 D. The Defendants will collectively provide monthly sales data to counsel for Ital, such data detailing items sold, price, and location for each item sold out of the Current Inventory until all such inventory is sold. Each of the Defendants represents and warrants that the monthly

        sales data is a complete and statement of the disposition of all of the Furniture Designs.

  E. After the Current Inventory is sold or disposed of, Defendants, and each of them, will cease all importing, exporting, purchasing, manufacturing, distributing, and selling, of the Furniture Designs, either on behalf of themselves or any other entity.

  F. The Defendants will not import, export, purchase, manufacture, distribute, or sell, either on behalf of themselves or any other entity, any sofa product that infringes rights under the '888' Copyright Registration.

  G. Defendants will cease doing business with the Chinese manufacturer known as Furniture Dragon, or any successor company of Furniture Dragon.

  H. The Defendants will not challenge, or assist any other entity in challenging the validity or enforceability of the '888' Copyright Registration.

4. Except for the terms of this Stipulated Judgment, this Action, against each of the Defendants, is hereby dismissed, with prejudice.

5. Each of the Parties agrees to the continuing jurisdiction of the US District Court, Central District of California for resolution of all disputes or further actions arising from the Settlement Agreement and this Stipulated Judgment ("Further Actions").

//

//

//

6. Except as to any Further Actions, the Parties will each bear their own attorneys' fees and all other costs and expenses incurred in connection with the Action and the Settlement Agreement.

Dated: June 11, 2009_____     */s/ David O. Carter*_____
                                  UNITED STATES DISTRICT JUDGE

THE PARTIES HERETO APPROVE THE ABOVE AS TO FORM AND CONTENT AND STIPULATE TO THE ENTRY OF THIS JUDGMENT AND INJUNCTION:

**FISH & ASSOCIATES, PC**
2603 Main Street, Suite 1050
Irvine, CA 92614
Tel: (949) 253-0944
Fax: (949) 253-9069

Attorneys for Plaintiff, MARCHELO DESIGN, INC. dba ITAL ART DESIGN

By: /s/ ROBERT D. FISH                           DATED: June 10, 2009
       ROBERT D. FISH

**GREENBERG GLUSKER FIELDS CLAMAN & MACHTINGER LLP**
1900 Avenue of the Stars, 21st Floor
Los Angeles, California 90067-4590

Attorneys for Defendants, Best Master Enterprises, Inc., Best Quality, Furniture Manufacturing, Inc., Hoc Van Ta, and Bao Van Ta

By: /s/ MELISSA A. BAKEWELL                      DATED: June 10, 2009
       MELISSA ADDISON BAKEWELL